**OFFICE COPY**

**JUDGE DANIELS**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

RLI INSURANCE COMPANY,

                Plaintiff,

- against -

JDJ MARINE, INC.

                Defendants.

----------------------------------------------------------------X

**07 CIV 9546**

<u>STATEMENT RULE 7.1</u>

*OCT 26 2007 U.S.D.C. S.D.N.Y. CASHIERS*

PURSUANT TO RULE 7.1 OF THE LOCAL RULES OF THE US DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR PLAINTIFF (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD:

                RLI Corporation

October 25, 2007
Date

                _John A. V. Nicoletti_
                Signature of Attorney
                John A. V. Nicoletti