```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
RLI INSURANCE COMPANY

                Plaintiff
                                          CASE NO.: 07 CIV 9546

                                          Civil Action
        -vs-


JDJ MARINE, INC.

                Defendants.
---------------------------------x
```

**NOTICE OF MOTION**

      PLEASE TAKE NOTICE that upon the annexed Affirmation of ALAN R. OSTROWITZ, ESQ., dated December 6, 2007, the undersigned, attorneys for COMMERCE BANK, N.A., will move before this District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, on the 10th day of January 2008 at 10:a.m., pursuant to Fed. R. Civ. Proc. 24(a), for an Order granting the Movant herein, COMMERCE BANK, N.A., leave to intervene as a party defendant in this matter, and for an extension of time within which said newly added defendant shall have to file an Answer with respect to the Complaint or otherwise move with respect thereto,

together with such other an further relief as, to the Court, may seem just and proper.

Dated:  December 7, 2007          OSTROWITZ & OSTROWITZ, ESQS.
                                  Attorney for movant
                                  COMMERCE BANK, N.A.

                                  /s/ ALAN R. OSTROWITZ (AO 7173)
                                  By:  ALAN R. OSTROWITZ
                                  A Member of the Firm
                                  150 Broadway ~ Suite 2206
                                  New York, New York 10038
                                  Tel.: (212) 509-2800

                                  PLEASE SEND PAPERS TO:
                                  225 Gordons Corner Road
                                  Suite 1-J
                                  Manalapan, New Jersey 07726