```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
IN RE:   RLI INSURANCE COMPANY        Case No. 07 CIV 9546


         JDJ MARINE, INC.,

              Debtor.
                                      AFFIDAVIT OF SERVICE

-------------------------------X
```

I, the undersigned, am assistant to the law firm of OSTROWITZ & OSTROWITZ, ESQS., attorneys for the Claimant, COMMERCE BANK, N.A., in the above-entitled action.

1. On December 7, 2007, I mailed in the U.S. Post Office in Englishtown, New Jersey, a sealed envelope with postage prepaid thereon, by first class mail, addressed to the following:

>   Richard M. Fricke, Esq.
>   Fricke & Solomon
>   622 Barlow Avenue
>   Staten Island, New York 10312
>
>   Honorable George B. Daniels
>   United States Courthouse
>   500 Pearl Street, Room 630, Courtroom 15D
>   New York, New York 10007
>
>   John A. V. Nicoletti, Esq.
>   Nicoletti, Horning & Sweeney
>   88 Pine Street
>   Wall Street Plaza, Seventh Floor
>   New York, New York 10005

containing true copy of Affirmation In Support Of Application For Intervention, Memorandum Of Law In Support Of Application For Intervention and Notice Of Motion.

/s/ MELANIE J. OSTROWITZ

Sworn to on
December 7, 2007


/s/ ALAN R. OSTROWITZ
Notary Public, State of New York
No. 020S 4671954
Qualified in New York County
Commission Expires Aug. 31, 2010