FRICKE & SOLOMON, P.C.
Richard M. Fricke   (RF7486)
Attorneys for Defendant
622 Barlow Avenue
Staten Island, New York   10312
Telephone:   718-984-2626
Telecopier:   718-984-5820
Attorneys for defendant, JDJ Marine, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..............................................................x
RLI INSURANCE COMPANY,                              07 Cv. 9546 (JBD)

                     Plaintiff,                               **RULE 7.1**
                                                              **STATEMENT**
                                                         **OF JDJ MARINE, INC.**

JDJ MARINE, INC.

                     Defendant.
..............................................................x

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for the defendant JDJ MARINE, INC., certifies that there are no corporate parents of that party and that no publicly held corporation owns more than 10% of the stock of that party.


Dated:   Staten Island, New York          FRICKE & SOLOMON
          January 3, 2008                       Attorneys for defendant, JDJ Marine, Inc.


                                            By: _____
                                                Richard M. Fricke (RF7486)
                                                622 Barlow Avenue
                                                Staten Island, N Y  10312
                                                Telephone:   718-984-2626