## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

Index # 07 CIV 9546
State of New York, U.S. District Court-Southern Dist. of New York

Purchased/Filed: October 25, 2007
County of Judge Daniels

RLI INSURANCE COMPANY,                                            Plaintiff

against

JDJ MARINE, INC.,                                                 Defendant

STATE OF NEW YORK, COUNTY OF WARREN, SS.:

_____Sarah Roberts_____, being duly sworn, deposes and says: deponent is over the age of twenty-one (21) years; deponent is not a party herein; that on _____October 29, 2007_____, at _____2:12PM_____, at the office of the Secretary of State of the State of New York, at 41 State Street - 2nd Floor, Albany, New York 12207, deponent served the annexed:

Summons in a Civil Action
_____, on

J.D.J. MARINE, INC., sued herein as JDJ MARINE, INC.

Defendant in this action, by delivering to and leaving with _____Donna Christie_____ AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____40.00_____ dollars; that said service was made pursuant to Section 306 Business Corporation Law, ☐; and via Registered Mail sent on _____, receipt attached.

The Index No. and the date the action was filed were clearly marked and visible to the defendant.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served: Approx. Age: _____43_____ Approx. Weight: _____155_____ Approx. Ht.: _____5'7_____
Sex: Female  Color of skin: White  Color of hair: Blonde  Other: _____
Sworn to before me on this 29th day of October 2007

_____
LINDA J. FULLER
NOTARY PUBLIC, State of New York
No. 01FU6137505, Warren County
My Comm. Exp. November 28, 2009

_____
Sarah Roberts

Cust. #/ WO #  70748

**AFFIDAVIT OF SERVICE**   Ref# 70748 B

US District Court   Southern District County   Index/Case # 07 CIV9546   Filing Date 10/25/07

RLI Insurance Company

*Plaintiff*

JDJ Marine, Inc.

*Defendant*

Hudson County, State of: New Jersey, Manny Bayo being sworn, says: Deponent is not a party herein; is over the age of 18 years and resides in the State of New Jersey

On 10/29/07 at 815 PM am/pm at: 114 Palisade Avenue, Emerson NJ 07630

Deponent served the within Summons in a Civil Action

On: David Sommerhalter (herein after called the recipient) therein named.

- [x] **Individual** — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

- [ ] **Suitable Age person** — by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendants [ ] Actual Place of Residence [ ] Actual Place of Business within the State

- [ ] **Affixing to Door** — By affixing a true copy of each to the door of said premises which is defendants [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there _____

- [ ] **Corporation or Partnership** — by delivering thereat a true copy of each to _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said defendant and knew said individual to be _____ thereof.

- [ ] **Mailing** — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [ ] Actual Place of Residence [ ] Actual Place of Business, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

- [x] **Description**
  - [x] Male   [x] white skin   [ ] black hair   [ ] 14-20 Yrs   [ ] Under 5'   [ ] < 100 Lbs
  - [ ] Female   [ ] black skin   [ ] brown hair   [ ] 21-35 Yrs   [ ] 5'0"-5'3"   [ ] 100-130 Lbs
  -          [ ] yellow skin   [x] gray hair   [x] 36-50 Yrs   [x] 5'4"-5'8"   [ ] 131-160 Lbs
  -          [ ] brown skin   [ ] blonde hair   [ ] 51-65 Yrs   [ ] 5'9"-6'0"   [x] 161-200 Lbs
  - [ ] Glasses   [ ] red skin   [ ] red hair   [ ] Over 65 Yrs   [ ] Over 6'   [ ] Over 200 Lbs
  -                       [ ] bald(ing)

Other Identifying Features _____

- [x] **Military Service** I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

- [ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on _____

*Deponent's (Server) Signature*

Attorney Info/Client Info
Nicolletti, Hornig, Campise
88 Pine Street, 7th Floor
New York, NY 10005
212 220 3830