UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RLI INSURANCE COMPANY,

                Plaintiff,

-against-

JDJ MARINE, INC.

                Defendant.
-------------------------------------------------------X

07 Cv. 9546 (JBD)(HP)

**STIPULATION EXTENDING TIME TO ANSWER**

    IT IS HEREBY STIPULATED AND AGREED among Nicoletti Hornig & Sweeney, attorneys for plaintiff RLI INSURANCE COMPANY, and Fricke & Solomon, P.C., attorneys for defendant JDJ MARINE, INC. ("JDJ"), that the time for defendant JDJ to answer or otherwise move as to the Complaint is hereby extended to January 3, 2008.

Dated: New York, New York
         December 5, 2007

                          Nicoletti Hornig & Sweeney
                          Attorneys for Plaintiff
                          RLI INSURANCE COMPANY

                By: *[signature]*
                       John A. V. Nicoletti (JN-7174)
                       Wall Street Plaza
                       88 Pine Street, 7th Floor
                       New York, New York 10005-1801
                       Tel: (212) 220-3830
                       Fax: (212) 220-3780
                       E-mail: jnicoletti@nicolettihornig.com
                       FILE NO.: 70000202 JAVN/NN/GSR

Fricke & Solomon
Attorneys for Defendant
JDJ MARINE, INC.

By: *Richard M. Fricke* (signature)

Richard M. Fricke (RF-7486)
622 Barlow Avenue
Staten Island, New York 10312
Tel: (718) 984-2626
Fax: (718) 984-5820
E-mail: rfricke@metrolaw.com

2