# Nicoletti Hornig & Sweeney

JOHN A.V. NICOLETTI
JAMES F. SWEENEY
DAVID R. HORNIG *
FRANK M. MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA

SAMUEL C. COLUZZI †
LAWRENCE C. GLYNN †
VAL WAMSER †
KEVIN J.B. O'MALLEY
GUERRIC S.D.L. RUSSELL †
WILLIAM M. FENNELL
MICHAEL J. LARSON ▽
SCOTT D. CLAUSEN †
JANA SPERRY †◊

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
▽ ALSO ADMITTED IN CONNECTICUT
◊ ALSO ADMITTED IN NORTH CAROLINA

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

MICHAEL MARKS COHEN
LINDA D. LIN
OF COUNSEL

NEW JERSEY OFFICE:
401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

December 7, 2007

**VIA TELEFAX 212-805-6737**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   RLI Insurance Company vs. JDJ Marine, Inc.
      Case No.:   07-cv-09546-GBD
      Our File:   70000202 JAVN/NN/GSR

Dear Judge Daniels:

We represent plaintiff RLI Insurance Company ("RLI") in the above-referenced matter. We write in response to Mr. Ostrowitz's letter to the Court dated December 6, 2007, wherein he states that Commerce Bank seeks to file a motion to intervene.

In the interest to avoid unnecessarily complicating this matter, we must oppose the request to intervene. RLI commenced this action pursuant to the Declaratory Judgment Act (28 U.S.C. §2201) to determine RLI's rights and obligations under a marine contract of insurance issued to defendant JDJ Marine, Inc. ("JDJ") regarding the M/V DIPLOMAT. Commerce Bank is not a loss payee or insured under the policy. Accordingly, Commerce Bank has no rights or claims under the RLI insurance contract which is the subject of this lawsuit.

Furthermore, to the extent that Commerce Bank has obtained a judgment against JDJ, we have already taken the steps to protect their interests. We have agreed not to

December 7, 2007
Page 2

distribute any settlement proceeds or award to JDJ without either Commerce Bank's or this Court's approval.

Moreover, JDJ's counsel has already made an appearance in this matter. Thus, Commerce Bank's interests, to the extent that they are entitled to the proceeds of any recovery by JDJ in the instant matter, will be protected by JDJ's counsel.

Based upon the foregoing, the Court should deny Commerce Bank's request for permission to intervene.

We thank the Court for its time and consideration to this matter.

Very truly yours,

NICOLETTI HORNIG & SWEENEY

By: *John A.V. Nicoletti*

John A.V. Nicoletti (JN-7174)

JAVN/GSR/s/rr

cc:

**VIA TELEFAX 732-446-5837**
Alan R. Ostrowitz, Esq.
Attorneys for Commerce Bank
Ostrowitz & Ostrowitz
225 Gordons Corner Road
Manalapan, New Jersey 07726

**VIA TELEFAX 718-984-5820**
Richard M. Fricke, Esq.
Attorneys for JDJ Marine, Inc.
Fricke & Solomon
622 Barlow Avenue
Staten Island, New York 10312

X:\Public Word Files\7\202\Daniels letter 12.07.07.GSR_S_RR.doc