```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
RLI INSURANCE COMPANY,

            Plaintiff,           Case No.: 07 CIV 9546 (JBD)(HP)

       -against-

JDJ MARINE, INC.,

            Defendant.           AFFIDAVIT OF SERVICE

-------------------------------X
```

I, the undersigned, am assistant to the law firm of OSTROWITZ & OSTROWITZ, ESQS., attorneys for the defendant, COMMERCE BANK, N.A., in the above-entitled action.

1. On January 8, 2008, I mailed in the U.S. Post Office in Englishtown, New Jersey, a sealed envelope with postage prepaid thereon, by first class mail, addressed to the following:

> Nooshin Namazi, Esq.
> Nicoletti, Horning & Sweeney
> 88 Pine Street
> Wall Street Plaza, Seventh Floor
> New York, New York 10005
>
> Richard M. Fricke, Esq.
> Fricke & Solomon
> 622 Barlow Avenue
> Staten Island, New York 10312

-2-

containing a true copy of the Reply Affirmation and Memorandum of Law.

/s/ <u>MELANIE J. OSTROWITZ</u>

Sworn to on
January 8, 2008


/s/ <u>ALAN R. OSTROWITZ</u>
Notary Public, State of New York
No. 020S 4671954
Qualified in New York County
Commission Expires Aug. 31, 2010