UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
RLI INSURANCE COMPANY,             07 Cv. 9546 (JBD)(HP)

           Plaintiff,

           **PROPOSED CIVIL CASE**
-against-             **MANAGEMENT PLAN AND**
           **SCHEDULING ORDER**

JDJ MARINE, INC.

           Defendant.
---------------------------------------------------X

        After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No additional parties may be joined after **March 13, 2008**.

2. No amendment to the pleadings will be permitted after **March 13, 2008**.

3. Except for good cause shown, all discovery shall be commenced in time to be completed by **May 19, 2008**. The Court expects discovery to be completed within 120 days of the first scheduling conference unless, after the expiration of that 120 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. Dispositive motions are to be served by **August 19, 2008**. Answering papers are to be served within 14 days. Reply papers are to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to four (4) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date five (5) weeks from the decision on the motion.

5. A final pretrial conference will be held on **October 8, 2008**, at 9:30 a.m.

6. The Joint Pretrial Order shall be filed no later than **September 17, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. All motions and applications shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be ready for trial on 48 hours notice on or after **October 15, 2008**. The estimated trial time is seven (7) days and this is a non-jury trial.

9. The Next Case Management Conference will be held on **June 19, 2008** at 9:30 a.m.

Dated: January 10, 2008
New York, New York

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge

2

Nicoletti Hornig & Sweeney
Attorneys for Plaintiff
RLI INSURANCE COMPANY

By: /s/ John A. V. Nicoletti
John A. V. Nicoletti (JN-7174)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel: (212) 220-3830
Fax: (212) 220-3780
E-mail: jnicoletti@nicolettihornig.com
FILE NO.: 70000202 JAVN/NN/GSR

Fricke & Solomon
Attorneys for Defendant
JDJ MARINE, INC.

By: /s/ Richard M. Fricke
Richard M. Fricke (RF-7486)
622 Barlow Avenue
Staten Island, New York 10312
Tel: (718) 984-2626
Fax: (718) 984-5820
E-mail: rfricke@metrolaw.com

COPY SENT TO:

Attorneys for *COMMERCE BANK, N.A.*
Alan R. Ostrowitz (AO-7173)
150 Broadway, Suite 2206
New York, New York 10038
Tel: 212-509-2800
Fax: 732-446-5837
E-mail: ostrow.law@verizon.net

Requested papers to be sent to:
225 Gordons Corner Road, Suite 1-J
Manalapan, New Jersey 07726

S:\gnunell\7-202\Memorandum of law opposition to intervene (final).doc

3