AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

RLI INSURANCE COMPANY,

            Plaintiff,

-against-

JDJ MARINE, INC.,

           Defendant.

**APPEARANCE**

Case Number: 07 Civ. 9546 (JBD)(HP)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiff RLI Insurance Company

    I certify that I am admitted to practice in this court.

| 1/11/2008 | /s/ Nooshin Namazi |
|---|---|
| Date | Signature |

| Nooshin Namazi | NN-9449 |
|---|---|
| Print Name | Bar Number |

Nicoletti Hornig & Sweeney, 88 Pine Street, 7th Floor
Address

| New York | NY | 10005 |
|---|---|---|
| City | State | Zip Code |

| (212) 220-3830 | (212) 220-3780 |
|---|---|
| Phone Number | Fax Number |