◈AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Southern__  DISTRICT OF  __New York__

RLI INSURANCE COMPANY,

        Plaintiff,

-against-

JDJ MARINE, INC.,

        Defendant.

**APPEARANCE**

Case Number: 07 Civ. 9546 (JBD)(HP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff RLI Insurance Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/11/2008 | _/s/ signature_ |
| Date | Signature |
| | Guerric S.D.L. Russell     GR-4845 |
| | Print Name     Bar Number |
| | Nicoletti Hornig & Sweeney, 88 Pine Street, 7th Floor |
| | Address |
| | New York     NY     10005 |
| | City     State     Zip Code |
| | (212) 220-3830     (212) 220-3780 |
| | Phone Number     Fax Number |