# Nicoletti Hornig & Sweeney

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
TELECOPIER 212-220-3780
E-MAIL: general@nicolettihornig.com
WEBSITE: www.nicolettihornig.com

JOHN A V NICOLETTI
JAMES F SWEENEY
DAVID R. HORNIG *
FRANK M MARCIGLIANO
MICHAEL J. CARCICH
BARBARA A. SHEEHAN
NOOSHIN NAMAZI †
THOMAS M. RITTWEGER †
ROBERT A. NOVAK
TERRY L. STOLTZ
MICHAEL F. McGOWAN
VINCENT A. SUBA
SAMUEL C. COLUZZI †

LAWRENCE C. GLYNN†
VAL WAMSER †
KEVIN J B O'MALLEY
GUERRIC S.O.L. RUSSELL †
WILLIAM M. FENNELL
MICHAEL J. LARSON v
SCOTT D. CLAUSEN †
JANA SPERRY †◊

* ALSO ADMITTED IN TEXAS
† ALSO ADMITTED IN NEW JERSEY
∇ ALSO ADMITTED IN CONNECTICUT
◊ ALSO ADMITTED IN NORTH CAROLINA

MICHAEL MARKS COHEN
LINDA D. LIN
OF COUNSEL

NEW JERSEY OFFICE:
401 CONTINENTAL PLAZA
HACKENSACK, NEW JERSEY 07601
TELEPHONE 201-343-0970
TELECOPIER 201-343-5882

January 11, 2008

SO ORDERED

*[signature]*
HON. GEORGE B. DANIELS

**BY HAND DELIVERY**

Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  RLI Insurance Company vs. JDJ Marine, Inc.
     Case No.:   07-cv-09546-GBD
     Our File:   70000202 JAVN/NN/GSR

Dear Judge Daniels:

We represent plaintiff RLI Insurance Company ("RLI") in the above-referenced matter.

We write to request the Court's permission to file the enclosed sur-reply memorandum of law in further opposition to the motion filed by Commerce Bank, N.A. ("Commerce") to intervene as of right pursuant to Rule 24(a)(2) of the Federal Rules of Civil Procedure, which was returnable on January 10, 2008. We respectfully request that the Court consider RLI's sur-reply because Commerce raised new arguments and has also made several misstatements in its reply papers. For instance, Commerce now seeks to amend its motion to include a request for permissive intervention, a relief which was not raised in its original motion papers. The purpose of the sur-reply is to provide RLI with an opportunity to set the record straight and address Commerce's new arguments and request for relief.

January 11, 2008
Page 2


We also wish to advise the Court that we contacted Commerce's counsel this morning by telephone and this afternoon via e-mail to obtain their consent to file this pleading. However, we have not received a response to our request.

We thank the Court for its time and consideration of this matter.


Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: *(signature)* John A.V. Nicoletti

John A.V. Nicoletti

JAVN/GSR/s/mm
Enclosure

cc:

**BY FAX and FIRST CLASS MAIL**
Richard M. Fricke (RF-7486)
Fricke & Solomon
*Attorneys for Defendant*
*JDJ MARINE, INC.*
622 Barlow Avenue
Staten Island, New York 10312
Tel:   718-984-2626
Fax:   718-984-5820
E-mail:rfricke@metrolaw.com

**BY FAX and FIRST CLASS MAIL**
Alan R. Ostrowitz (AO-7173)
Ostrowitz & Ostrowitz, Esqs
*Attorneys for COMMERCE BANK, N.A.*
150 Broadway, Suite 2206
New York, New York 10038
Tel:   212-509-2800
Fax:   732-446-5837
E-mail:ostrow.law@verizon.net

Requested papers to be sent to:
225 Gordons Corner Road, Suite 1-J
Manalapan, New Jersey 07726