UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RLI INSURANCE COMPANY,

               Plaintiff,

-against-

JDJ MARINE, INC.,

               Defendant.

ECF CASE

07 Civ. 9546 (GBD)(HP)

**STIPULATION AND ORDER
ALLOWING SUBSTITUTION
OF COUNSEL FOR
COMMERCE BANK, N.A.**

[SDNY stamp: DOCUMENT ELECTRONICALLY FILED DATE FILED: APR 14 2008]

        WHEREAS, pursuant to Local Civil Rule 1.4, Commerce Bank, N.A. ("Commerce") has elected to have Thacher Proffitt & Wood LLP ("TPW") substituted for Ostrowitz & Ostrowitz, Esqs. in the above captioned action;

        WHEREAS, the reason for this substitution is TPW's experience handling marine insurance matters; and

        WHEREAS, the posture of this case is that Commerce's motion to intervene has been fully briefed and is pending decision;

NOW THEREFORE, in accordance with Local Civil Rule 1.4, the undersigned counsel hereby stipulate and agree that Thacher Proffitt & Wood LLP is hereby substituted for Ostrowitz & Ostrowitz, Esqs. as attorneys of record for Commerce in this action.

Dated: New York, New York

OSTROWITZ & OSTROWITZ, ESQS.

By: _____
Alan R. Ostrowitz

150 Broadway, Suite 2206
New York, New York 10038
(212) 509-2800

Dated: 4/10/08

THACHER PROFFITT & WOOD LLP

By: _____
Patrick J. Boyle

Two World Financial Center
New York, New York 10281
(212) 912-7400

Dated: 4/9/08

SO ORDERED:

Dated: 4/11/08
APR 14 2008

_____
U.S.D.J. GEORGE B. DANIELS
HON. GEORGE B. DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
ALASKA LABORERS EMPLOYERS         :  Civil Action No. 07-CIV-07402 (GBD)
RETIREMENT FUND, Individually and On :  **(Consolidated)**
Behalf of All Others Similarly Situated, :
                                  :  CLASS ACTION
              Plaintiff,          :
                                  :  STIPULATION AND [PROPOSED] ORDER
       vs.                        :  EXTENDING BRIEFING SCHEDULE IN
                                  :  CONNECTION WITH DEFENDANTS'
SCHOLASTIC CORP., et al.,         :  MOTION TO DISMISS
                                  :
              Defendants.         :
                                  :
---------------------------------x

WHEREAS, Lead Plaintiff filed and served a consolidated amended complaint on January 11, 2008;

WHEREAS, Defendants filed a motion to dismiss the consolidated amended complaint on February 27, 2008;

WHEREAS, Lead Plaintiff's opposition to Defendants' motion to dismiss is currently scheduled to be filed by April 14, 2008, and Defendants' reply is scheduled to be filed by May 14, 2008;

WHEREAS, Lead Plaintiff has not previously requested an extension of time to file its opposition; and

WHEREAS, the parties have conferred and Defendants do not object to an extension of the deadlines for the opposition and reply briefs;

IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval of the Court, that Lead Plaintiff's time to file and serve its opposition is extended to April 18, 2008, and Defendants' time to file and serve their reply is extended to May 28, 2008. As previously scheduled by the Court, oral argument on Defendants' motion to dismiss will be heard on June 5, 2008 at 10:00 a.m.

DATED: April 11, 2008                COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP
                                     SAMUEL H. RUDMAN
                                     DAVID A. ROSENFELD


                                     _____
                                         DAVID A. ROSENFELD

                                     58 South Service Road, Suite 200
                                     Melville, NY 11747
                                     Telephone: 631/367-7100
                                     631/367-1173 (fax)

- 1 -

Lead Counsel for Plaintiffs

DATED: April 11, 2008

SIMPSON THACHER & BARTLETT LLP
MICHAEL J. CHEPIGA
DAVID ELBAUM

_____
DAVID ELBAUM

425 Lexington Avenue
New York, NY 10017
Telephone: 212/455-2598
212/455-2502 (fax)

Attorneys for Defendants

IT IS SO ORDERED.

DATED: 4/11/08

APR 1 4 2008

_____
THE HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS

- 2 -