UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

RLI INSURANCE COMPANY,

               Plaintiff,

    -against-

JDJ MARINE, INC.,

              Defendant.

------------------------------------x

07 CV 9546 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

    Commerce Bank, N.A.'s motion to intervene as a party defendant, made pursuant to Fed. Rule Civ. P. 24(a), is DENIED.

    Plaintiff RLI Insurance Company shall not pay any settlement or judgment to defendant JDJ Marine, Inc., without prior notice to Commerce Bank and approval by this Court.

Dated: April 15, 2008
       New York, New York

SO ORDERED:

*[signature]*

GEORGE B. DANIELS
United States District Judge