UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RLI INSURANCE COMPANY,

       Plaintiff,

      -against-

JDJ MARINE, INC.,

       Defendant.
-------------------------------------------------------------------X

**NOTICE OF CHANGE OF NAME AND ADDRESS OF ATTORNEY**

Index No.: 07 CV 9546 (JBD)

    PLEASE TAKE NOTICE that the law offices of FRICKE & SOLOMON, P.C. have changed its name to SOLOMON & ASSOCIATES, P.C. with offices located at 3309 Richmond Avenue, Staten Island, New York 10312. Telephone number (718) 984-2626.

Dated:    Staten Island, New York
          June 2, 2008

                                 Yours, etc.

                                 SOLOMON & ASSOCIATES, P.C.

                                 By: _____
                                    ROBERT A. SOLOMON
                                 3309 Richmond Avenue
                                 Staten Island, New York 10312
                                 (718) 984-2626
                                 rsolomon@metrolaw.com
                                 Our File No. N070926-T950

TO:  Nicoletti, Hornig & Sweeney
      Attorneys for Defendant(s)
      RLI Insurance Company
      88 Pine Street, 7th Floor
      New York, New York 10005