UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RLI INSURANCE COMPANY,

      Plaintiff,

**NOTICE OF CHANGE OF NAME AND ADDRESS OF ATTORNEY**

Index No.: 07 CV 9546 (JBD)

-against-

JDJ MARINE, INC.,

      Defendant.
----------------------------------------------------------------X

      PLEASE TAKE NOTICE that the law offices of FRICKE & SOLOMON, P.C. have changed its name to SOLOMON & ASSOCIATES, P.C. with offices located at 3309 Richmond Avenue, Staten Island, New York 10312. Telephone number (718) 984-2626.

Dated:    Staten Island, New York
             June 2, 2008

                      Yours, etc.

                      SOLOMON & ASSOCIATES, P.C.

                      By: _____
                          ROBERT A. SOLOMON (RS-2895)
                      3309 Richmond Avenue
                      Staten Island, New York 10312
                      (718) 984-2626
                      rsolomon@metrolaw.com
                      Our File No. N070926-T950

TO:  Nicoletti, Hornig & Sweeney
       Attorneys for Defendant(s)
       RLI Insurance Company
       88 Pine Street, 7th Floor
       New York, New York 10005