UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RLI INSURANCE COMPANY,

        Plaintiff,                                   **NOTICE OF APPEARANCE**

                                                                  Index No.: 07 CV 9546 (JBD)

      -against-

JDJ MARINE, INC.,

        Defendant.
------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for defendant, JDJ Marine, Inc..

    I certify that I am admitted to practice in this court.

Dated:    Staten Island, New York,
              June 2, 2008

                                                                          _____
                                                                         ROBERT A. SOLOMON (RS-2895)
                                                                         SOLOMON & ASSOCIATES, P.C.
                                                                         3309 Richmond Avenue
                                                                         Staten Island, New York   10312
                                                                         Phone (718) 984-2626
                                                                         Fax (718) 984-5820

                                                                         Our File No. N070926-T950