UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RLI INSURANCE COMPANY,

        Plaintiff,                                    **AFFIRMATION OF SERVICE**

    -against-                                Index No. 07 Cv 9546 (GBD)

JDJ MARINE, INC.,

        Defendant.

------------------------------------------------------------------X

       ROBERT A. SOLOMON, an attorney admitted to practice before the United States District Court for the Southern District of New York affirms the truth of the following under the penalty of perjury:

       On June 5, 2008 I served a copy of this Motion to Withdraw as Attorneys and Memorandum of Law in Support of Application upon JDJ Marine, Inc. by Federal Express Next day delivery at 113 Palisades Avenue Emerson, New Jersey 07630.

       On June 5, 2008 I electronicly served a copy of this Motion to Withdraw as Attorneys and Memorandum of Law in Support of Application upon Nicoletti, Hornig & Sweeney, Attorneys for Plaintiff, at 88 Pine Street, 7th Floor ,New York, New York 10005

Dated:     Staten Island, New York
              June 2, 2008

                                                      _____
                                                      ROBERT A. SOLOMON (RS-2895)