UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RLI INSURANCE CO.,

        Plaintiff,

-against-

JDJ MARINE, INC.,

        Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 3 0 2008

07 CV 9546 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

    Solomon & Associates, P.C., attorneys for defendant, JDJ Marine, Inc., have moved to withdraw from representation in the instant matter. The motion to withdraw is GRANTED.

    Defendant's prior counsel shall provide defendant with a copy of this order. Defendant is instructed to retain new counsel and have new counsel record their appearance within thirty (30) days of the date of this order. If defendant fails to timely retain new counsel, this Court will consider defendant to have willfully defaulted and this Court will entertain a motion for default judgment in favor of plaintiff.

Dated: June 30, 2008
       New York, New York

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge