372-08/JFK
FREEHILL, HOGAN & MAHAR
80 Pine Street
New York, New York
John F. Karpousis (JK-5667)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RLI INSURANCE CO., INC,

                Plaintiff,

       - against -

JDJ MARINE, INC.,

                Defendant.
-------------------------------------------------------------------X

107-CV-9546 (GBD)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Freehill, Hogan & Mahar, LLP hereby enters an appearance on behalf of JDJ MARINE, INC., in the captioned action, and,

PLEASE TAKE FURTHER NOTICE that all pleadings and papers in connection with the subject action should be served on Freehill, Hogan & Mahar, LLP at the address indicated above.

Dated: July 28, 2008

                                        Respectfully submitted,
                                        FREEHILL, HOGAN & MAHAR

                    By: _____
                             John F. Karpousis (JK 5667)
                             Attorneys for JD MARINE, INC.,
                             FREEHILL, HOGAN & MAHAR

NYDOCS1/243790.1

        80 Pine Street
        New York, New York
        (212) 425-1900

TO:   Nicolletti Hornig and Sweeney
      88 Pine Street
      New York , NY
      10005

      Thacher Proffitt & Wood
      Two World Financial Center
      New York, NY 10281
      Phone: 212-912-7400

NYDOCS1/243790.1